State of Texas          Case NO. 1173963          IN THE First District
    vs          Court of Appeals NO. 01-14-00832-CR  District court of
Joseph Daryl Mathis Jr.          FILED IN          Appeals
          1ST COURT OF APPEALS  Harris County, Texas
          HOUSTON, TEXAS

          Pro Se          NOV - 3 2015

          CHRISTOPHER A. PRINE
          CLERK

I am not certain the reason my appeals attourney never bothered to even make contact to discuss my appeal only a few going correspondences by mail asking nothing, searching for no going reason for my appeal such as these and then waiving the oral arguments. So I'm doing this myself. About the question of my work search. I was a full time student at I.T.I. tech at 15565 I N. going Freeway Houston, Tx 77090 at the time of my last visit and was previously informed by another Probation Officer going Angelo that was all that was officially required by the Probation Dept. Still

I'd been searching anyway, It was only after my last office visit I'd made that I got really sick and missed a day getting dropped from a class and another for the day they arrested me. An I was dropped permanantly now so can't ever return. I had no vehicle or drivers liscence going the going in the last years. So my only ride was metro and I'd just came off T.B. meds and I was throwing up a lot and spitting blood and lost 16 pds in two weeks and my mom had been hospitalized and sent to hospice care for different reasons my grandmother had moved in with my aunt, An I just fell apart sick and worried about mom, Also I have a real problem with public speaking or talking with

authority figures. I get nervous, can't think, don't know what I'm saying sometimes, feel extremely embarassed. In short I forget most of what's said, don't even know what I'm trying to say at the time, An my Probation Officer knew I was a student an these other things about were explained to her on the phone and about my health before I missed my visit/s and they all occured within a few days. Thank You for your time.

Sincerely, Joseph Daryl Mathis Jr.
SPN# 01794002

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Joseph Daryl Mathis Jr.

SPN: 01794002    Cell: 5H1

Street: 1200 Baker

Houston, Texas 77002

FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV - 3 2015

CHRISTOPHER A. PRINE
CLERK

INDIGENT

M HOUSTON
TX 773    HCSO
30 OCT '15
PM 3 L

ZIP 77002  $ 000.48⁵
02 4W
0000334684 OCT. 30. 2015

U.S. POSTAGE >> PITNEY BOWES

7700220669

First District Court of Appeals
301 Fannin Street
Houston, Tx 77002-2066